UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-204-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OBINNA IZUCHI ONWUZURIKE | ) | |
| | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the above-referenced docket and all court records and filings therein, to include the Criminal Information, Plea Agreement, Notice of Related Cases, all Notices and Calendars, the government's Motion to Seal, and this Order be sealed from the public by the Clerk of Court until further order of this Court.

It is further ORDERED that the Clerk provide copies of the filed sealed documents to the Office of the United States Attorney and counsel for the defendant.

SO ORDERED.

Dated: August 30, 2016

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge