UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-204-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL CASE |
| | ) | |
| OBINNA IZUCHI ONWUZURIKE | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that the above-captioned case, including docketed entries and filings therein, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order.

So ordered, this the 6 day of March, 2017.

TERRENCE W. BOYLE
US. District Judge